JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYAN MARTIN MEZA,<br><br>Plaintiff,<br><br>v.<br><br>DEAN BORDERS, et al.,<br><br>Defendants. | Case No. 2:19-cv-10297-FMO-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing the Action Without Prejudice for Failure to Prosecute, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: March 19, 2020

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE